UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x

 USA

        v.

SHAMONT HOOSEENDOVE
-------------------------------------------------x

REFERRAL ORDER FOR
ACCEPTING A GUILTY
PLEA

CR-08-344 (TCP)(AKT)


    IT IS HEREBY ORDERED that the above listed case is referred to Magistrate Judge

A. KATHLEEN TOMLINSON  to administer the allocution pursuant.to F R. Crim. P., Rule 11 , and

make specific findings as to whether the plea is knowingly and voluntarily made, and to make a

recommendation to this Court as to whether the plea of guilty should be accepted.

    The Magistrate Judge shall use the allocution that this Court utilizes in accepting a guilty

plea.



                                                    /S/
_____        _____
                                             THOMAS C. PLATT
                                             U.S. District Judge


Dated: Central Islip, New York
January 30, 2009